```
 1  DANIEL J. BRODERICK Bar #89424
    Federal Defender
 2  LIVIA R. MORALES, Bar #224504
    Staff Attorney
 3  ROGER DOYLE
    Certified Law Student
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    BREANNA KATHERINE OLSEN
 7
```

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

| | | |
|---|---|---|
| 12  UNITED STATES OF AMERICA, | ) | NO. Cr.S. 06-0029 DAD |
| 13                  Plaintiff, | ) ) | STIPULATION AND ORDER |
| 14       v. | ) ) | |
| 15  BREANNA KATHERINE OLSEN, | ) ) | Date: April 4, 2006 Time: 10:00 a.m. |
| 16                  Defendant. | ) ) | Judge: Hon. Dale A. Drozd |
| 17  _____ | ) | |

18       IT IS HEREBY STIPULATED and agreed to between the United States of

19  America through MATTHEW STEGMAN, Assistant U.S. Attorney, and defendant,

20  BREANNA KATHERINE OLSEN, by and through her counsel, LIVIA R. MORALES,

21  Staff Attorney, that the court trial set for March 29, 2006 be changed to

22  //

23  //

24  //

25  //

26  //

27  //

28  //

a change of plea hearing and sentencing pursuant to the plea agreement on April 4, 2006 at 10:00 am.

Dated: March 8, 2006

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Livia R. Morales

_____
LIVIA R. MORALES
Staff Attorney
Attorney for Defendant
BREANNA KATHERINE OLSEN

DATED: March 16, 2006

McGREGOR SCOTT
United States Attorney

/s/ Matthew Stegman

_____
MATTHEW STEGMAN
Assistant U.S. Attorney

**O R D E R**

Good cause appearing, the same is hereby ordered.

DATED: March 16, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDad1/orders/crimnal/olsen0029.stipord

Stipulation and Order- OLSEN                2