1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  ABRAM M. WATTS
   Certified Law Student
4  501 I Street, Suite 10-100
   Sacramento, CA 95814
5  Telephone: (916) 554-2807

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,   )   Cr. No. S-06-0029 DAD
                               )
12         Plaintiff,          )   STIPULATION AND ORDER
                               )   CONTINUING COURT DATE
13     v.                      )
                               )   DATE: April 11, 2006
14 BREANNA K. OLSON,           )   TIME: 10:00 A.M.
                               )   JUDGE: Hon. Dale A. Drozd
15                             )
           Defendant           )
16 _____)

17

18      The defendant, through his undersigned counsel, and the
19 United States, through its undersigned counsel, agree and
20 stipulate that the change of plea hearing, currently scheduled
21 for Tuesday, April 11, 2006 at 10:00 a.m., should be rescheduled
22 for Tuesday, June 20, 2006, at 10:00 a.m.
23      The government is requesting the continuance because the
24 parties have agreed to pretrial diversion on Counts 1 and 2 of
25 the information, and pretrial services requires approximately
26 forty-five days to complete the report and to determine if
27 defendant is eligible for pretrial diversion.
28 ///

                                1

1  Therefore, both parties request that the matter be continued to
2  June 20, 2006.
3  Dated: April 10, 2006

          McGREGOR W. SCOTT
          United States Attorney

          By: /s/ Matthew Stegman
          MATTHEW STEGMAN
          Assistant U.S. Attorney

8  Dated: April 10, 2006

          DANIEL J. BRODERICK
          Federal Defender

          By: /s/ Livia Morales
          LIVIA MORALES
          Counsel for Defendant

## ORDER

15 IT IS SO ORDERED.
16 DATED: April 10, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

21 Ddad1/orders.criminal/olson0029.stipord

2